# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-0236 DDP (Cwx) | Date | May 12, 2008 |
|---|---|---|---|
| Title | Stephen L. Weisbarth, et al. v. H&R Block Financial Advisors, Inc., et al | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:** Plaintiffs Motion to Compel re Plaintiffs' Special Interrogatories, Set Two, Nos. 16-18 [Dkt. No. 17]

  Plaintiffs' motion to compel is **GRANTED,** subject to a protective order that the responsive information is to be disclosed at this time only to plaintiffs' counsel, investigators and experts, and is not to be used or disclosed other than for purposes of this litigation. The information sought by the subject interrogatories is limited to identification and contact information of putative class members. Plaintiffs have properly articulated the rationale for relevance to class certification issues. On balance, the interest in discovery of such information outweighs privacy interests of the putative class members, which interests are adequately addressed by the above protective order. See Wiegele v. Fedex Ground Package System, 2007 WL 628401 *2 (S.D.Cal. Feb. 8, 2007); see also Ho v. Ernst & Young, 2007 WL 1394007 *2 (N.D. Cal. May 9, 2007). Defendants have not adequately articulated or supported objection to the discovery on any other grounds.
  Defendants' responses are to be provided within ten days of the date of this order.

cc:    Counsel of Record

                              :
                 Initials of Preparer     DT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-0236 DDP (Cwx) | Date | May 12, 2008 |
|---|---|---|---|
| Title | Stephen L. Weisbarth, et al. v. H&R Block Financial Advisors, Inc., et al | | |