Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Monica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
SWestrick@InitiativeLegal.com
Gregory Yu (SBN 230520)
GYu@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

Attorneys for Plaintiffs Stephen Weisbarth
and David List

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| STEPHEN L. WEISBARTH, individually, and on behalf of all other members of the general public similarly situated,<br><br>DAVID LIST, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC.; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No.:  CV 07-00236 DDP (CWx)<br><br>CLASS ACTION<br><br>[Assigned to the Hon. Dean D. Pregerson]<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     January 11, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom 3, 2nd Floor<br><br>Complaint Filed:  November 17, 2006 |

# ORDER

On January 11, 2010, this Court conducted a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Initiative Legal Group, APC appeared as Class Counsel on behalf of Plaintiffs Stephen Weisbarth and David List and the prospective class members. Morgan, Lewis & Bockius LLP appeared on behalf of Defendant H&R Block Financial Advisors, Inc. ("HRBFA").

**IT IS HEREBY ORDERED THAT:**

1. The proposed class of all current and former Financial Advisors who were employed by HRBFA at any time during the Class Period is granted preliminary approval of class action settlement and satisfies the requirements of a settlement class under Rule 23 of the Federal Rules of Civil Procedure;

2. The class action settlement set forth in the Stipulation and Settlement Agreement ("Settlement Agreement"), entered into among the parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all class members fairly, and to be presumptively valid, subject only to any objections that may be raised at the Final Approval Hearing;

3. The Court approves, as to form and content, the proposed Notice of Pendency of Class Action Settlement and Claim Form (collectively, the "Class Notice" attached as Exs. A and B to the Settlement Agreement);

4. The Court directs the mailing, by first class U.S. mail, of the Class Notice to the class members in accordance with the schedule set forth below. The Court finds that the dates selected for the mailing of the Class Notice provide the best notice practicable under the circumstances, constitute due and sufficient notice to all persons

entitled to notice, and thereby satisfy due process;

5. The Court preliminarily designates Plaintiffs Stephen Weisbarth and David List as the Class Representatives;

6. The Court preliminarily appoints Initiative Legal Group APC as Class Counsel;

7. The Court grants preliminary approval of the reservation of $25,000 from the Maximum Settlement Amount by HRBFA to be used in one of the following ways: (a) to be paid to the Labor and Workforce Development Agency ('LWDA') by HRBFA as part of this settlement; (b) as a payment of penalty assessed by the LWDA, if any; or (c) for HRBFA to keep as its own property should the LWDA conduct an investigation and fail to assess fines or penalties against HRBFA;

8. The Court grants preliminary approval of attorneys' fees in the amount of $466,620, payable to Class Counsel;

9. The Court grants preliminary approval of costs and expenses in the amount of up to $50,000, payable to Class Counsel;

10. The Court grants preliminary approval of a service payment of $18,000 each to both Class Representatives;

11. The Court grants preliminary approval of the estimated claims administration fees in the amount of approximately $20,000; and,

12. The following dates shall govern for the purposes of this settlement:

| Timing | Event |
| --- | --- |
| **January 21, 2010** (10 days after Preliminary Approval) | Defendant to provide Claims Administrator with a list reflecting the identity and contact information of class members in Excel format. |
| **February 1, 2010** (21 days | Claims Administrator mails Notice and Claim |

| Timing | Event |
|---|---|
| after Preliminary Approval) | Form to class members. |
| **March 3, 2010** (30 days prior to the end of the Claims Period) | Claims Administrator mails reminder postcard to class members who have not responded. |
| **April 2, 2010** (60 days after the Notice Packet is mailed) | Deadline for class members to submit Claim Forms, requests for exclusion or objections to the Settlement. |
| **April 26, 2010** (24 days after the Claim Period end) | Deadline for Plaintiffs to file Motion for Final Approval of Class Action Settlement. |
| **May 24, 2010** (28 days after Plaintiff files Motion for Final Approval of Class Action Settlement) | Final Approval Hearing. |
| 14 days after Effective Date | HRBFA to pay Claims Administrator funds sufficient to pay Participating Class Members' claims, attorneys' fees and Class Representative service payments. |
| Within 30 days after Effective Date | Claims Administrator to distribute Participating Class Members their portion of settlement funds, attorneys' fees and Class Representative services payments. |

**IT IS SO ORDERED.**

Dated: <u>January 11, 2010</u>

    Hon. Dean D. Pregerson
    U.S. District Court Judge