Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Monica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiffs Stephen Weisbarth
and David List

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| STEPHEN L. WEISBARTH, individually, and on behalf of all other members of the general public similarly situated, <br><br> DAVID LIST, individually, and on behalf of all other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> H&R BLOCK FINANCIAL ADVISORS, INC.; and DOES 1 through 20, inclusive, <br><br> Defendant. | Case No.: CV 07-00236 DDP (CWx) <br><br> CLASS ACTION <br><br> [Assigned to the Hon. Dean D. Pregerson] <br><br> **JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: November 17, 2006 |

On May 24, 2010, the Court entered an Order granting final approval of the class action settlement described in the Stipulation and Settlement Agreement (the "Settlement Agreement") between Plaintiffs Stephen L. Weisbarth and David List ("Plaintiffs") and Defendant H&R Block Financial Advisors, Inc. ("Defendant") (collectively the "Parties") and awarding fees and costs as described in the Court's Order ("Final Approval Order").

Pursuant to the Settlement Agreement, the Parties conditioned the effectiveness of the settlement upon the Court entering a Judgment dismissing the lawsuit with prejudice and agreed to request that the Court enter such Judgment. Now that the Court has granted final approval to the settlement, the Parties present to the Court this proposed form of Judgment for the Court's review and approval.

**NOW GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Court enters judgment in accordance with its Final Approval Order and orders that the Lawsuit be dismissed on the merits with prejudice on a class-wide basis in accordance with the terms of the Settlement Agreement. This document shall constitute a final judgment for purposes of Federal Rule of Civil Procedure, Rule 58.

2. All Class Members, except those who timely opted out of the settlement or who were deemed opted out of the settlement pursuant to the Settlement Agreement, are bound by the instant Judgment and Order of Dismissal with Prejudice and by the terms of the Settlement Agreement, including the Release of Claims described in the Settlement Agreement.

///
///
///

1   3.   Without affecting the finality of the Settlement or the Judgment in
2   any way, the Court shall retain exclusive and continuing jurisdiction over this
3   Lawsuit and the Parties, including all Class Members, for the purposes of
4   monitoring compliance with and performance of the Settlement.

6   **IT IS SO ORDERED**.

9   Dated: May 25, 2010

Honorable Dean D. Pregerson
United States District Judge